2nd Request

Writ No.
12,375-27

Herbert Feist #18805
Jefferson County Jail
5030 Hwy 69 South
Beaumont, Tx. 77705
Nov. 15

12,375-28

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 16 2015

Abel Acosta, Clerk

Dear Clerk:

Greetings, I am the Pro Se Relator, trying to find the status of Mandamus. I filed three (3) different ones, as follows

1) Herbert Feist vs. Court of Criminal Appeals, 9/22/15;

2) Herbert Feist vs. 252nd Criminal District Court of Jefferson County, Texas, 9/9/15; and

3). Herbert Feist vs. County Court At Law No. 3, And The 252nd District Court of Jefferson County, Texas, 10/8/15.

These are not copies of the same Mandamus, but different ones.

Your respond did'nt allege the Style, only WR-12,375-27, And no tr.ct. No.

Was All of them filed under this one cause. Would you please check into this. I need these heard soon as possible.

thank you

Herbert Feist

P.S. If the court rule on one, thinking the others are copies, I'll stand prejudice

Please Assist
Clerk